No. 14,186.

LEHRMAN *v.* LEHRMAN, TRUSTEE, ET AL.
(.. P. [2d] ..)

Decided January 17, 1938.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Young, Mr. Justice Bakke and Mr. Justice Holland participating.

Mr. HENLEY A. CALVERT, for plaintiff in error.

Mr. HARRY BEHM, for defendants in error.